IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

In re:

WILMER TACORONTE NEGRON        CASE NO: 19-01178

DEBTOR                         CHAPTER 11

---

Informative Motion In Compliance Bankruptcy Procedure 1009(A) And Local Bankruptcy Rule 1009-1of Regarding Amendment(S) To Affected Parties

Pursuant to federal Rule of Bankruptcy Procedure 1009(a), I certify that notice of the filing of the amendment(s) listed below has been given this date to all affected parties as per Certificate of service with this Notice.

**AMENDMENTS**

1) Schedule A/B to include Inventories.

**CERTIFICATE OF SERVICE**

I hereby certify that on this same date, I electronically filed a copy of the present document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the participants of the system including appointed Trustee and the US Trustees Office and by regular mail to the non participants of the system as per attached list.

In Cabo Rojo, Puerto Rico, this $19^h$ day of March, 2019.

/s/Damaris Quiñones-Vargas
DAMARIS QUIÑONES VARGAS, Esq.
USDC-PR 213709
Box 429
Cabo Rojo, PR 00623
Tel. 787-851-7866
Fax 787-851-1717
damarisqv@bufetequinones.com

Fill in this information to identify your case and this filing:

Debtor 1: **WILMER TACORONTE ORTIZ**
First Name     Middle Name     Last Name

Debtor 2 (Spouse, if filing):
First Name     Middle Name     Last Name

United States Bankruptcy Court for the: DISTRICT OF PUERTO RICO, SAN JUAN DIVISION

Case number: 2:19-bk-1178

☒ Check if this is an amended filing

Official Form 106A/B
# Schedule A/B: Property
12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. Do you own or have any legal or equitable interest in any residence, building, land, or similar property?

   ☐ No. Go to Part 2.
   ☒ Yes. Where is the property?

**1.1**

Street address, if available, or other description: **CALLE BONET 357 COLLEGE GDN**

City: Mayaguez    State: PR    ZIP Code: 00680

County:

What is the property? Check all that apply
- ☒ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other

Who has an interest in the property? Check one
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

Current value of the entire property? **$100,000.00**
Current value of the portion you own? **$100,000.00**

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.
**Safe Home**

☐ Check if this is community property (see instructions)

Other information you wish to add about this item, such as local property identification number:

**1.2** If you own or have more than one, list here:

Street address, if available, or other description: CARR 110 K 1.1

City: Aguadilla   State: PR   ZIP Code: 00603

County: ____

What is the property? Check all that apply
- ☐ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☐ Timeshare
- ☒ Other ____

Who has an interest in the property? Check one
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

Current value of the entire property? **$1,300,000.00**
Current value of the portion you own? **$1,300,000.00**

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

☐ Check if this is community property (see instructions)

Other information you wish to add about this item, such as local property identification number:

**PROPPERTY USED AS MOTEL INCLUDING LAND**

---

**1.3** If you own or have more than one, list here:

Street address, if available, or other description: ____

City: ____  State: ____  ZIP Code: ____

County: ____

What is the property? Check all that apply
- ☐ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☒ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other ____

Who has an interest in the property? Check one
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

Current value of the entire property? **$15,000.00**
Current value of the portion you own? **$15,000.00**

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

☐ Check if this is community property (see instructions)

Other information you wish to add about this item, such as local property identification number:

**LOT OF LAND OF 9,367. M/C**

---

2. Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here.................................................=>   **$1,415,000.00**

### Part 2: Describe Your Vehicles

Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not? Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases*.

Debtor 1   ORTIZ, WILMER TACORONTE                Case number (if known)  2:19-bk-1178

3. Cars, vans, trucks, tractors, sport utility vehicles, motorcycles

☐ No
■ Yes

3.1 Make: Toyota
    Model: ROC
    Year: 1994
    Approximate mileage:
    Other information:

    Who has an interest in the property? Check one
    ■ Debtor 1 only
    ☐ Debtor 2 only
    ☐ Debtor 1 and Debtor 2 only
    ☐ At least one of the debtors and another

    ☐ Check if this is community property
        (see instructions)

    Do not deduct secured claims or exemptions. Put the amount of any secured claims on Schedule D: Creditors Who Have Claims Secured by Property.

    Current value of the entire property?   Current value of the portion you own?
    $2,300.00                               $2,300.00

3.2 Make: Mercury
    Model: MLG
    Year: 2003
    Approximate mileage:
    Other information:

    Who has an interest in the property? Check one
    ■ Debtor 1 only
    ☐ Debtor 2 only
    ☐ Debtor 1 and Debtor 2 only
    ☐ At least one of the debtors and another

    ☐ Check if this is community property
        (see instructions)

    Current value of the entire property?   Current value of the portion you own?
    $2,500.00                               $2,500.00

3.3 Make: FORD
    Model: F150
    Year: 2201
    Approximate mileage:
    Other information:

    Who has an interest in the property? Check one
    ■ Debtor 1 only
    ☐ Debtor 2 only
    ☐ Debtor 1 and Debtor 2 only
    ☐ At least one of the debtors and another

    ☐ Check if this is community property
        (see instructions)

    Current value of the entire property?   Current value of the portion you own?
    $4,500.00                               $4,500.00

3.4 Make: Ford
    Model: F250
    Year: 2001
    Approximate mileage:
    Other information:

    Who has an interest in the property? Check one
    ■ Debtor 1 only
    ☐ Debtor 2 only
    ☐ Debtor 1 and Debtor 2 only
    ☐ At least one of the debtors and another

    ☐ Check if this is community property
        (see instructions)

    Current value of the entire property?   Current value of the portion you own?
    $2,800.00                               $2,800.00

4. Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories
   Examples: Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

■ No
☐ Yes

5. Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here.................................................=>   $12,100.00

**Part 3:** Describe Your Personal and Household Items

Do you own or have any legal or equitable interest in any of the following items?

Current value of the portion you own?
Do not deduct secured claims or exemptions.

Debtor 1   ORTIZ, WILMER TACORONTE            Case number (if known) 2:19-bk-1178

6. **Household goods and furnishings**
   *Examples:* Major appliances, furniture, linens, china, kitchenware
   ☐ No
   ■ Yes. Describe.....
   | HOUSEHOLD FURNITURE AND ELECTRONICS |   $2,000.00

7. **Electronics**
   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
   ■ No
   ☐ Yes. Describe.....

8. **Collectibles of value**
   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
   ■ No
   ☐ Yes. Describe.....

9. **Equipment for sports and hobbies**
   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
   ■ No
   ☐ Yes. Describe.....

10. **Firearms**
    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
    ■ No
    ☐ Yes. Describe.....

11. **Clothes**
    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
    ☐ No
    ■ Yes. Describe.....
    | DEBTOR CLOTHES AND SHOES |   $800.00

12. **Jewelry**
    *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
    ■ No
    ☐ Yes. Describe.....

13. **Non-farm animals**
    *Examples:* Dogs, cats, birds, horses
    ■ No
    ☐ Yes. Describe.....

14. Any other personal and household items you did not already list, including any health aids you did not list
    ■ No
    ☐ Yes. Give specific information.....

15. Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here ............................................................................    $2,800.00

**Part 4: Describe Your Financial Assets**

Do you own or have any legal or equitable interest in any of the following?   Current value of the portion you own? Do not deduct secured claims or exemptions.

16. **Cash**
    *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
    ■ No

Debtor 1  ORTIZ, WILMER TACORONTE       Case number *(if known)* 2:19-bk-1178

☐ Yes.

17. **Deposits of money**
    *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.
    ■ No
    ☐ Yes.......................       Institution name:

18. **Bonds, mutual funds, or publicly traded stocks**
    *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
    ■ No
    ☐ Yes..................       Institution or issuer name:

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**
    ☐ No
    ■ Yes.  Give specific information about them..................
    
    | Name of entity: | % of ownership: | |
    |---|---|---|
    | Remliw Inc Motel Business and Propperty | 100.00 % | $1,800,000.00 |

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**
    *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
    *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.
    ■ No
    ☐ Yes. Give specific information about them
                Issuer name:

21. **Retirement or pension accounts**
    *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
    ■ No
    ☐ Yes. List each account separately.
                Type of account:    Institution name:

22. **Security deposits and prepayments**
    Your share of all unused deposits you have made so that you may continue service or use from a company
    *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
    ■ No
    ☐ Yes. ......................       Institution name or individual:

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
    ■ No
    ☐ Yes.............       Issuer name and description.

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
    26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
    ■ No
    ☐ Yes.............       Institution name and description. Separately file the records of any interests. 11 U.S.C. § 521(c):

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
    ■ No
    ☐ Yes.  Give specific information about them...

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
    *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
    ■ No
    ☐ Yes.  Give specific information about them...

27. **Licenses, franchises, and other general intangibles**
    *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
    ■ No
    ☐ Yes.  Give specific information about them...

Money or property owed to you?

Current value of the portion you own?
Do not deduct secured claims or exemptions.

28. **Tax refunds owed to you**
    ■ No
    ☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

29. **Family support**
    *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
    ■ No
    ☐ Yes. Give specific information......

30. **Other amounts someone owes you**
    *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else
    ■ No
    ☐ Yes. Give specific information..

31. **Interests in insurance policies**
    *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
    ■ No
    ☐ Yes. Name the insurance company of each policy and list its value.
    Company name:                      Beneficiary:                      Surrender or refund value:

32. **Any interest in property that is due you from someone who has died**
    If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.
    ■ No
    ☐ Yes. Give specific information..

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
    *Examples:* Accidents, employment disputes, insurance claims, or rights to sue
    ■ No
    ☐ Yes. Describe each claim.........

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
    ■ No
    ☐ Yes. Describe each claim.........

35. **Any financial assets you did not already list**
    ■ No
    ☐ Yes. Give specific information..

36. Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here............................................................................................................   **$1,800,000.00**

**Part 5:** Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

37. Do you own or have any legal or equitable interest in any business-related property?
    ☐ No. Go to Part 6.
    ■ Yes. Go to line 38.

Current value of the portion you own?
Do not deduct secured claims or exemptions.

Debtor 1  ORTIZ, WILMER TACORONTE                           Case number (if known) 2:19-bk-1178

38. Accounts receivable or commissions you already earned
    ■ No
    ☐ Yes. Describe.....

39. Office equipment, furnishings, and supplies
    *Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices
    ■ No
    ☐ Yes. Describe.....

40. Machinery, fixtures, equipment, supplies you use in business, and tools of your trade
    ■ No
    ☐ Yes. Describe.....

41. Inventory
    ☐ No
    ■ Yes. Describe.....

    | Equipment | $243,037.20 |
    |---|---|
    | Working Materials | $703.90 |

42. Interests in partnerships or joint ventures
    ■ No
    ☐ Yes. Give specific information about them...................
           Name of entity:                                    % of ownership:

43. Customer lists, mailing lists, or other compilations
    ■ No.
    ☐ Do your lists include personally identifiable information (as defined in 11 U.S.C. § 101(41A))?

        ■ No
        ☐ Yes. Describe.....

44. Any business-related property you did not already list
    ☐ No
    ■ Yes. Give specific information.........

    | HOTEL CUPIDO INC | $434,351.00 |
    |---|---|

45. Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached for Part 5. Write that number here.................................................................................................... **$678,092.10**

**Part 6:** Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.
If you own or have an interest in farmland, list it in Part 1.

46. Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?
    ■ No. Go to Part 7.
    ☐ Yes. Go to line 47.

**Part 7:** Describe All Property You Own or Have an Interest in That You Did Not List Above

Debtor 1　ORTIZ, WILMER TACORONTE　　　　　　　　　　　　　　　　Case number *(if known)*　2:19-bk-1178

53. **Do you have other property of any kind you did not already list?**
    *Examples:* Season tickets, country club membership
    ☒ No
    ☐ Yes. Give specific information.........

54. Add the dollar value of all of your entries from Part 7. Write that number here .................................. | $0.00 |

## Part 8: List the Totals of Each Part of this Form

| # | Item | Amount | | Total |
|---|------|--------|---|-------|
| 55. | Part 1: Total real estate, line 2 | | | $1,415,000.00 |
| 56. | Part 2: Total vehicles, line 5 | $12,100.00 | | |
| 57. | Part 3: Total personal and household items, line 15 | $2,800.00 | | |
| 58. | Part 4: Total financial assets, line 36 | $1,800,000.00 | | |
| 59. | Part 5: Total business-related property, line 45 | $678,092.10 | | |
| 60. | Part 6: Total farm- and fishing-related property, line 52 | $0.00 | | |
| 61. | Part 7: Total other property not listed, line 54 | + $0.00 | | |
| 62. | Total personal property. Add lines 56 through 61... | $2,492,992.10 | Copy personal property total | $2,492,992.10 |
| 63. | Total of all property on Schedule A/B. Add line 55 + line 62 | | | $3,907,992.10 |

Fill in this information to identify your case:

Debtor 1: **WILMER TACORONTE ORTIZ**
First Name / Middle Name / Last Name

Debtor 2: _____
(Spouse if, filing) First Name / Middle Name / Last Name

United States Bankruptcy Court for the: DISTRICT OF PUERTO RICO, SAN JUAN DIVISION

Case number: 2:19-bk-1178
(if known)

☒ Check if this is an amended filing

Official Form 106Dec
# Declaration About an Individual Debtor's Schedules
12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Sign Below

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

☒ No

☐ Yes. Name of person _____ Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X **/s/ WILMER TACORONTE ORTIZ**
WILMER TACORONTE ORTIZ
Signature of Debtor 1

X _____
Signature of Debtor 2

Date **March 18, 2019**

Date _____

## INVENTARIO MOTEL CUPIDO

| DESCRIPCION DE EQUIPOS | CANTIDAD | VALOR |
|---|---|---|
| Sistema llegada y salida clientes | | $18,000.00 |
| Intercom oficina y habitaciones | 52 | $15,000.00 |
| Caja registradora | 1 | $150.00 |
| Reloj ponchador | 1 | $325.00 |
| Microondas | 4 | $340.00 |
| Estufa | 1 | $325.00 |
| Botellero | 3 | $4,200.00 |
| Freezer hielo | 1 | $350.00 |
| Aires acondicionados | 54 | $22,879.80 |
| Calentadores de agua | 13 | $5,200.00 |
| Bombas agua (distribucion) | 1 | $3,345.00 |
| Tanque reserva (1-8msis, 1-4msis) | 2 | $15,000.00 |
| Planta diesel (275 kilos Detroit diesel -20 anos uso) | 1 | $18,000.00 |
| Bomba agua pozo profundo | 1 | $9,000.00 |
| Sistema transfer switch breakers (transformador 100 kilos) | 1 | $60,000.00 |
| Matress | 52 | $13,303.00 |
| Motores puerta de marquesina | 52 | $10,436.40 |
| Puertas de marquesina | 52 | $39,000.00 |
| Televisores | 28 | $4,683.00 |
| Sistema de camaras y video | 16 | $3,500.00 |
| | | $243,037.20 |
| TOTAL INVENTARIO | | |

## INVENTARIO MOTEL CUPIDO

| DESCRIPCION DE MATERIALES | CANTIDAD | VALOR |
|---|---|---|
| Cajas rollo papel bano | 4 | $224.88 |
| Cajas de perfume Victoria Bay | 3 | $165.42 |
| Cajas Lemon desinfectant | 2 | $90.10 |
| Tapas de inodoro | 2 | $38.00 |
| Cajas Bolsas 33x40 | 1 | $42.00 |
| Paquetes de servilletas con dispenser | 2 | $13.00 |
| Cajas guantes de vinyl | 2 | $88.00 |
| Caja Master condones MSM Distributor | 1 | $42.50 |
| TOTAL INVENTARIO | | $703.90 |

## INVENTARIO MOTEL CUPIDO

| DESCRIPCION DE MATERIALES | CANTIDAD | VALOR |
|---|---|---|
| Cajas rollo papel bano | 4 | $224.88 |
| Cajas de perfume Victoria Bay | 3 | $165.42 |
| Cajas Lemon desinfectant | 2 | $90.10 |
| Tapas de inodoro | 2 | $38.00 |
| Cajas Bolsas 33x40 | 1 | $42.00 |
| Paquetes de servilletas con dispenser | 2 | $13.00 |
| Cajas guantes de vinyl | 2 | $88.00 |
| Caja Master condones MSM Distributor | 1 | $42.50 |
| Cajas vasos 7onz | 3 | $40.86 |
| Cajas de bolsas 24x24 | 3 | $102.00 |
| Caja dispenser papel cocina | 1 | $55.10 |
| Cajas de boligrafos | 3 | $6.00 |
| Cajas de Heineken | 2 | $64.00 |
| Cajas de Corona | 2 | $66.00 |
| Caja de Bacardi (caneca) | 0.5 | $21.00 |
| Cointraeu mini | 6 | $18.00 |
| Lambrusco peq | 15 | $13.50 |
| Caneca Don Q blanco | 24 | $49.00 |
| Cajas de Sangria Pouch | 2 | $34.00 |
| Caja Medalla | 2 | $36.90 |
| Caja Coors | 2 | $41.94 |
| Cajas de Coca Cola | 8 | $92.00 |
| Caja de Fanta Uva | 1 | $8.48 |
| Caja de Sprite | 3 | $28.44 |

| | | |
|---|---|---|
| Caja de Seven Up | 2 | $17.84 |
| Caja de Fanta China | 1 | $8.48 |
| Caja de Kola OK | 1 | $7.88 |
| Caja Jugo Veryfine 10onz | 1 | $15.98 |
| Caja Jugo Cranberry 10onz | 1 | $11.88 |
| Cajas de Agua | 40 | $128.00 |
| Cajas de Hamburguers | 3 | $15.00 |
| Cajas de Jabones | 3 | $126.00 |
| **TOTAL INVENTARIO** | | **$1,822.18** |