In re:                                                           Case No. 19-01178-EAG

WILMER TACORONTE ORTIZ                           Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0104-2                                 User: figueroac                                   Page 1 of 2

Date Rcvd: Aug 30, 2021                           Form ID: pdf002                                 Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 01, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | WILMER TACORONTE ORTIZ, PO BOX 10, HORMIGUEROS, PR 00660-0010 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 01, 2021                           Signature:            /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 30, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| CAMILLE N SOMOZA | on behalf of Creditor CONDADO 2 LLC csomoza@ferraiuoli.com, cnsomoza@gmail.com;edocketslit@ferraiuoli.com;csomoza@ecf.courtdrive.com |
| CARMEN PRISCILLA FIGUEROA | on behalf of Creditor CRIM cfigueroa@crimpr.net cpfbkcy@gmail.com |
| DAMARIS QUINONES VARGAS | on behalf of 3rd Party Plaintiff HOTEL CUPIDO INC damarisqv@bufetequinones.com notices@bufetequinones.com |
| GUSTAVO A CHICO BARRIS | on behalf of Creditor CONDADO 2 LLC gchico@ferraiuoli.com, edocketslit@ferraiuoli.com;gchico@ecf.courtdrive.com |
| JOSE F CARDONA JIMENEZ | on behalf of Interested Party REMLIW INC. jf@cardonalaw.com, cardonalaw@hotmail.com |
| MONSITA LECAROZ ARRIBAS | |

| | |
|---|---|
| | ustpregion21.hr.ecf@usdoj.gov |
| SONIA COLON COLON | |
| | on behalf of Creditor CONDADO 2 LLC scolon@ferraiuoli.com, edocketslit@ferraiuoli.com;scolon@ecf.courtdrive.com |
| US TRUSTEE | |
| | ustpregion21.hr.ecf@usdoj.gov |

TOTAL: 8

IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN RE:

WILMER TACORONTE ORTIZ

xx-xx-0901

Debtor(s)

CASE NO. 19-01178-EAG11
Chapter 11

FILED & ENTERED ON AUG/30/2021

ORDER APPROVING SETTLEMENT/STIPULATION

This case is before the Court upon the settlement agreement/stipulation filed by the debtor and OSP CONSORTIUM, LLC, docket entry #155.

Due notice having been given, no opposition having been filed, and good cause appearing thereof, it is now ordered that the settlement agreement/stipulation be and is hereby approved.

IT IS SO ORDERED.

In Ponce, Puerto Rico, this 30 day of August, 2021.

Edward A. Godoy
United States Bankruptcy Judge