**UNITED STATES BANKRUPTCY COURT
DISTRICT OF PUERTO RICO**

| | |
|---|---|
| IN RE: | |
| WILMER TACORONTE ORTIZ | CASE NO. 19-01178 EAG |
|     Debtor | |
| REMLIW, INC. | CASE NO. 19-01179 EAG |
|     Debtor | |
| HOTEL CUPIDO INC | CASE No. 19-03799 |

**MOTION REQUESTING THE EXTENSION TIME TO COMPLY WITH ORDER
(Dockets 254, 257,259)**

TO THE HONORABLE COURT:

   COMES NOW Debtors, through their counsels who respectfully Informs and Requests:

1) The Debtors submitted the captioned petitions for Bankruptcy under chapter 11 of the Bankruptcy Code on: Wilmer Tacoronte, Remliw and Hotel Cupido (docket 1 in each case) 03/02/2019.

2) On December 8,2022 debtor file a Conversion to Chapter 7. Docket 254

3) Court Ordered on 12/09/2022 debtor to state position on OSP Opposition in 14 days (December 23, 2022) Dockets 257 and 259.

4) Debtors' attorney needs more time to be able to provide a proper and informed position and needs a 10 days extension of time to be able to comply with the Court Order.

5) This request does not harm any creditors right or have the intention of creating an unnecessary delay.

WHEREFORE, the Debtor respectfully requests that this Court to enter Orden providing the extension of time to comply with the order for a 10 day extension of time, with any other relieve deemed necessary.

**I HEREBY CERTIFY** that on this same date I electronically filed the foregoing through the CM/ECF System, which will send notification of such filing to the US Trustee and the parties.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 20th day of December, 2022.

**DAMARIS QUINONES VARGAS**
*Attorney for Debtor*
11 Brau St.,
PO Box 429
Cabo Rojo, PR 00623
Tel: (787) 851-7866
Fax: (787) 851-1717

*s/ Damaris Quinones Vargas*
USDC-PR 213709