In re:  Case No. 19-01178-MAG

WILMER TACORONTE ORTIZ  Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0104-2      User: admin      Page 1 of 2
Date Rcvd: Dec 22, 2022      Form ID: oexttm      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 24, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | WILMER TACORONTE ORTIZ, PO BOX 10, HORMIGUEROS, PR 00660-0010 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 24, 2022      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 22, 2022 at the address(es) listed below:

**Name**      **Email Address**

CARMEN PRISCILLA FIGUEROA
     on behalf of Creditor CRIM cfigueroa@crimpr.net cpfbkcy@gmail.com

DAMARIS QUINONES VARGAS
     on behalf of Creditor HOTEL CUPIDO INC damarisqv@bufetequinones.com notices@bufetequinones.com

FERNANDO VAN DERDYS
     on behalf of Creditor CRIM fvanderdys@gmail.com fvanderdys@yahoo.com;fvander@reichardescalera.com

FRANCES C BRUNET URIARTE
     on behalf of Creditor OSP CONSORTIUM LLC fbrunet@ferraiuoli.com, edocketslit@ferraiuoli.com;fbrunet@ecf.courtdrive.com;atorres@ferraiuoli.com

GUSTAVO A CHICO-BARRIS
     on behalf of Creditor CONDADO 2 LLC gchico@ferraiuoli.com, edocketslit@ferraiuoli.com;gchico@ecf.courtdrive.com;atorres@ferraiuoli.com

JOSE F CARDONA JIMENEZ
    on behalf of Interested Party REMLIW INC. jf@cardonalaw.com, cardonalaw@hotmail.com

MONSITA LECAROZ ARRIBAS
    ustpregion21.hr.ecf@usdoj.gov

SONIA COLON COLON
    on behalf of Creditor CONDADO 2 LLC scolon@ferraiuoli.com, edocketslit@ferraiuoli.com;scolon@ecf.courtdrive.com;atorres@ferraiuoli.com

TOMAS F. BLANCO-PEREZ
    on behalf of Creditor OSP CONSORTIUM LLC tblanco@ferraiuoli.com, tblanco@ecf.courtdrive.com;atorres@ferraiuoli.com;edocketslit@ferraiuoli.com

US TRUSTEE
    ustpregion21.hr.ecf@usdoj.gov

TOTAL: 10

**IN THE UNITED STATES BANKRUPTCY COURT**
District of Puerto Rico

| | |
|---|---|
| IN RE:<br>**WILMER TACORONTE ORTIZ**<br>xxx–xx–0901<br><br>Debtor(s) | Case No. **19−01178 MAG**<br>Chapter **11**<br><br>FILED & ENTERED ON 12/22/22 |

*ORDER*

The motion filed by DEBTOR requesting extension of time of TEN (10) days to comply with this court order at docket #259 (docket #268) is hereby granted. Order due by December 30, 2022.

IT SO ORDERED.

In Ponce, Puerto Rico, this Thursday, December 22, 2022 .

MARIA DE LOS ANGELES GONZALEZ
United States Bankruptcy Judge